UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

PERFORMANCE SAILING, INC.,

    Plaintiff,

Case No. 2:06-CV-13500
Honorable Denise Page Hood

vs.

UK INTERNATIONAL, INC.,
UK MANUFACTURING, LLC,
and CHARLES ULMER,

    Defendants.
_____/
KENNETH A. FLASKA (P28605)
Dawda, Mann, Mulcahy & Sadler, PLC
39533 Woodward Avenue, Suite 200
Bloomfield Hills, MI 48304
(248) 642-3700
Attorneys for Plaintiff
_____/

## ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS

This matter, having come before the Court upon the stipulation of the parties, and it appearing to the Court that the matter has been resolved pursuant to a Settlement Agreement;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the above captioned action be and hereby is dismissed with prejudice and without costs.

s/ DENISE PAGE HOOD
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

Dated: September 14, 2006